UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUA XU, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS et al., <br><br> Defendants. | Case No. 2:22-cv-06565-SB-JPR <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION AND SANCTIONS |

      Generally, the United States, United States agencies, and United States officers and employees must answer a complaint within 60 days after service. *See* Fed. R. Civ. P. 12(a)(2). The complaint in this case was filed on September 14, 2022. Dkt. No. 1. Plaintiff filed proof of service indicating that Defendants were served on September 26, 2022, and their answers were due on November 25, 2022. Dkt. No. 9. On the deadline, the parties filed a stipulation to stay this matter for nearly a year so that Defendants could interview Plaintiff next June and then have another 120 days to act. Dkt. No. 10. The Court denied the stipulation on November 28 and directed Defendants to "file their overdue answers no later than December 1, 2022." Dkt. No. 11. Defendants did not comply, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ORDERED to show cause in writing, no later than December 12, 2022, why this action should not be dismissed for lack of prosecution. Defendants are ORDERED to explain in writing, no later than December 12, 2022, why the Court should not issue an Order to Show Cause re: sanctions for the failure to comply with the order to file their answers by December 1. The Court SETS this matter for an in-person hearing on December 16, 2022 at 8:30 a.m. in Courtroom 6C.

IT IS SO ORDERED.

Date: December 6, 2022

                                                             Stanley Blumenfeld, Jr.
                                                          United States District Judge