JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HUA XU,<br>Plaintiff,<br>v.<br>ALEJANDRO N. MAYORKAS, ET AL.,<br>Defendants. | No. CV 22-6565-SB-JPR<br><br>**ORDER DISMISSING CASE AND DISCHARGING ORDER TO SHOW CAUSE**<br><br>Honorable Stanley Blumenfeld, Jr.<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;
2. USCIS agrees to interview Plaintiff on January 23, 2023 at 7:45 a.m., absent unforeseen circumstances;
3. Defendants agree to diligently work towards adjudication of Plaintiffs' I-589 Application for Asylum and Withholding of Removal within 120 days of the completion of Plaintiff's interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;
4. In the event that adjudication is not completed within 120 days of the completion of the interview, Plaintiff may refile this action;
5. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS seven (7) to ten (10) days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven (7) to ten (10) days prior to the interview may result in the interview being rescheduled at no fault of USCIS;
6. Each party shall bear his, her or its own litigation costs and attorney fees; and
7. The Court's January 11, 2022 Order to Show Cause (Dkt. No. 17) is DISCHARGED, and the hearing is VACATED. The parties are cautioned to pay closer attention to the Court's orders and deadlines in the future.

Dated: January 12, 2023



STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE